**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2498**

---

ARCHIBALD LAUD-HAMMOND,

Plaintiff - Appellant,

versus

MARK REGER, Individually and as employee of
Johnson C. Smith University,

Defendant - Appellee,

and

THE BOARD OF TRUSTEES OF JOHNSON C. SMITH
UNIVERSITY,

Defendant.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-00-18)

---

Submitted: May 16, 2002                  Decided: May 22, 2002

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Archibald Laud-Hammond, Appellant Pro Se. William Porter Farthing, Jr., Stacy Kaplan Wood, John Barnwell Anderson, PARKER, POE, ADAMS & BERNSTEIN, L.L.P., Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Archibald Laud-Hammond appeals the district court's orders granting summary judgment to the Appellee in his discrimination action, dismissing his defamation action, dismissing the Appellee's employer as a defendant, and denying his motion to amend his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Laud-Hammond v. Reger, No. CA-00-18 (W.D.N.C. Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED